**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　　　Plaintiff,<br>　　　v.<br>Emilia Fernandez,<br>　　　　　　　Defendant. | CR-09-737-24-PHX-NVW<br><br>ORDER OF DETENTION |

Defendant was released on her own recognizance on July 9, 2009. Pretrial Services filed a Petition for Action on Conditions of Pretrial Release alleging that defendant violated the terms of her release. Defendant was arrested and appeared before Magistrate Judge Lawrence O. Anderson. Detention hearing was set for October 9, 2009 before Magistrate Judge Edward C. Voss.

Counsel for defendant advises the Court that defendant wishes to waive her right to a hearing. The Court addressed defendant and advised defendant of her right to remain silent, to continued representation by counsel, to provide evidence on her behalf, and the government's obligation to prove that defendant violated at least one condition of release by clear and convincing evidence. Defendant advised she understood these rights and confirmed that she wanted to waive her right to a hearing.

The Court deems the waiver a submission and based on the allegations in the petition, the Court finds that defendant violated at least one condition of her release. Further, that defendant is unlikely to abide any condition or combination of conditions of release.

/ / /

| | |
|---|---|
| 1 | IT IS THEREFORE ORDERED that the defendant's release is revoked and she |
| 2 | is detained pending further order of the Court. |
| 3 | However, IT IS FURTHER ORDERED that the defendant shall be interviewed for |
| 5 | possible placement at an appropriate halfway house facility.  Should the defendant be |
| 6 | an acceptable candidate, defense counsel or Pretrial Services shall contact the |
| 7 | chambers of Magistrate Judge Edward C. Voss to set a release hearing.  If counsel for |
| 8 | the government does not object to the proposed release, the matter will be scheduled |
| 9 | "bag and baggage." |
| 10 | DATED this 9th day of October, 2009. |

Edward C. Voss
United States Magistrate Judge